IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 18 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

BERTHA BLACKISTON,       )
                               )      Civil Action No.  7:07CV00245
       Plaintiff,       )
                               )
v.                            )      **FINAL JUDGMENT AND ORDER**
                               )
MICHAEL J. ASTRUE,      )
Commissioner of Social Security,   )      By:   Hon. Glen E. Conrad
                               )            United States District Judge
       Defendant.      )

For reasons stated in a Memorandum Opinion filed this day, it is now

ADJUDGED AND ORDERED

as follows:

1.      Plaintiff's objections to the Report and Recommendation of the magistrate judge shall be, and hereby are, overruled;

2.      Summary judgment shall be, and hereby is, entered for the defendant; and

3.      This case is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of record.

ENTER:  This 18th day of June, 2008.

_____
United States District Judge